

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-24-00448-CV

**IN THE INTEREST OF A.J.O.**, A.J.C., A.L.C., and A.J.C., Children

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2022PA01834
Honorable Kimberly Burley, Associate Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE RODRIGUEZ, AND JUSTICE BRISSETTE

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED. No costs are assessed against appellants because they are indigent.

SIGNED December 18, 2024.

_____
Rebeca C. Martinez, Chief Justice